In the Matter of the Probate of the Will of MARGARET
CROUSE, Deceased.

MENZO CROUSE, Appellant; ·NEW YORK .BRANCH OF
THE WOMAN'S FOREIGN MISSIONARY SOCIETY OF THE
METHODIST EPISCOPAL CHURCH, Respondent.

*Will — probate — mutilation of instrument by removal of signature.*

*Matter of Crouse (Will),* 205 App. Div. 135, affirmed.
(Argued May 12, 1924; decided May 23, 1924.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
June 4, 1923, which reversed a decree of the Otsego County
Surrogate's Court denying probate of a paper propounded
as the last will and testament of Margaret Crouse,
deceased, and directed that the same be admitted to
probate. The question was whether the instrument
had been revoked by the testatrix by cutting out her
signature therefrom. The Appellate Division held that
the mutilation was done after the death of testatrix.

*Charles E. Hardies* and *W. T. Welden* for appellant.
*William T. Byrne* and *Walter Seabury Eaton* for
respondent.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-
LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.